PD-1347-17
COURT OF CRIMINAL APPEALS
AUSTIN, TEXAS
Transmitted 12/15/2017 3:16 PM
Accepted 12/19/2017 2:14 PM
DEANA WILLIAMSON
CLERK

NO. 02-17-00019-CR

| JOVAN NATHANIEL PAGE | § | IN THE TEXAS COURT |
| | § | |
| vs. | § | OF CRIMINAL APPEALS |
| | § | |
| THE STATE OF TEXAS | § | AUSTIN, TEXAS |

FILED
COURT OF CRIMINAL APPEALS
12/15/2017
DEANA WILLIAMSON, CLERK

## MOTION TO EXTEND TIME FOR FILING
## PETITION FOR DISCRETIONARY REVIEW

COMES NOW JOVAN NATHANIEL PAGE, Appellant in the above-styled and numbered cause, and pursuant to Rule 13, Rules of the Court of Criminal Appeals, Tex. Code Crim. Proc. Ann., Article 44.33 (Supp. 1977) and Rules 74 and 75 of the Texas Rules of Appellate Procedure submits this Motion requesting that the Appellant be granted thirty (30) days in which to file Appellant's Petition for Discretionary Review in the above-styled and numbered cause, and in support thereof would respectfully show this Honorable Court the following:

I.

In the case styled *The State of Texas v. JOVAN NATHANIEL PAGE*, Cause No. 1414949D, in the Criminal District Court Number Three, Tarrant County, Texas, the Appellant, JOVAN NATHANIEL PAGE, was found guilty by a jury of Murder. (CR Vol. 1, pp. 148-149) Appellant was sentenced to fifty-five (55) years in the Institutional Division of the Texas Department of Criminal Justice (CR Vol. I, pp. 148-149).

The Appellant filed his Brief on June 9th, 2017.

The Appellant's Motion for Rehearing was filed with the Court of Appeals for the Second District Court of Texas on November 8, 2017. Said Motion was overruled on November 16, 2017.

Pursuant to the Texas Rules of Appellate Procedure, Rule 74(k), the Appellant's Petition for Discretionary Review is due to be filed on or about December 15, 2017, with no previous extensions of time having been granted for either party in this case.

II.

Despite the best efforts of Appellant's counsel to examine all the records and file the Appellant's Petition for Discretionary Review, counsel will be unable to do so.

III.

Appellant's attorney of record would further show that he began a Capital Murder (waiver) trial on November 9, 2017, before The Honorable Scott Wisch, 372nd Judicial District Court, Tarrant County, Texas, in the matter of *Cause No. 1517479R, The State of Texas v. Tevin Wilson.* Appellant's attorney had spent considerable time preparing for said Capital Murder trial during the weeks preceding. Said trial concluded November 16, 2017.

IV.

Appellant's attorney of record would further show that he was to begin a trial the week of December 6, 2017 before the Honorable Mollee Westfall, 371st Judicial District Court, Tarrant County, Texas, in the matter of *Cause No. 1458694, The State of Texas v. Kenneth Dean Martin.* Said trial was postponed on December 5, 2017.

V.

Appellant's attorney of record would also show that he just recently completed, and filed, a brief to the United States Court of Appeals, for the Fifth Circuit, in the matter of *The United States of America v. JESUS GERARDO LEDEZMA-CEPEDA*; No. 16-11731 in which the Appellant received a life sentence. The record for said brief consisted of twelve

(12) volumes of more than three thousand (3,000) pages, and the Government's Exhibits consist of ten (10) volumes and more than three thousand (3,000) pages, as well.

VI.

To deny this request for a thirty (30) day extension would deprive this Appellant of his right to appeal as guaranteed by Tex. Code Crim. Proc. Ann., Article 44.02; deprive him of equal protection of the law as guaranteed by Article 1, § 3 of the Texas Constitution, and U.S. Constitution, Amendments V and XIV; deprive him of his right to counsel as guaranteed by the Texas Constitution, Article 1, § 10 and U.S. Constitution, Amendments VI and XIV; and deprive him of his right to "due process of law" guaranteed by the Texas Constitution, Article 1, § 19 and U.S. Constitution Amendments V and XIV.

VII.

The Appellant has been diligent in pursuing this appeal and is not seeking this extension for purposes of delay only.

WHEREFORE, PREMISES CONSIDERED, Appellant prays that his Motion be granted and the time for filing Appellant's Petition for Discretionary Review be extended to January 15, 2018.

Respectfully submitted,

/S/ J. Warren St. John

J. WARREN ST. JOHN
State Bar No. 18986300
2020 Burnett Plaza
801 Cherry Street, Unit. No. 5
Fort Worth, Texas 76102
Telephone: 817/336-1436
Fax: 817/336-1429
E-mail: jwlawyer1896@yahoo.com

ATTORNEY FOR APPELLANT

## CERTIFICATE OF CONFERENCE

This is to certify that on Friday, December 15, 2017, my legal assistant attempted to speak with the Assistant Criminal District Attorney's office, in order to determine whether Ms. Windsor would oppose the granting of Appellant's Motion for Extension of Time to File Petition for Discretionary Review.  Ms. Windsor was unavailable.

*/S/ J. Warren St. John*
J. WARREN ST. JOHN

## CERTIFICATE OF SERVICE

I hereby certify that on this Friday, December 15, 2017, a true and correct copy of the above and foregoing  Motion for Extension of Time to File Petition for Discretionary Review has been delivered or caused to be delivered to:

Ms. Debra Windsor
Assistant Criminal District Attorney
Tim Curry Criminal Justice Center
401 W. Belknap Street
Fort Worth, Texas 76196

State Prosecuting Attorney
202 Price Daniel, Sr. Bldg.
209 W. 14th Street
P.O. Box 12405
Capitol Station
Austin, Texas 78711

/S/ J. Warren St. John
J. WARREN ST. JOHN